**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOVAN C. YOUNG, | ) | |
| Petitioner, | ) | 3:11-cv-00720-LRH-WGC |
| vs. | ) | **ORDER** |
| E.K. MCDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner, a Nevada prisoner, submitted a petition for writ of habeas corpus (ECF #1-2). On November 18, 2011, the court denied his application to proceed *in forma pauperis* and directed petitioner to pay the filing fee within thirty (30) days (ECF #5). The court expressly warned petitioner that failure to respond to this court's Order would result in dismissal of the petition. The Order was served on petitioner at his address of record.

More than the allotted time has elapsed and petitioner has not responded to the court's Order in any manner. Accordingly, this habeas petition is dismissed for failure to comply with the court's Order.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the habeas petition (ECF #1-2).

**IT IS FURTHER ORDERED** that this habeas petition is **DISMISSED WITHOUT PREJUDICE** for the failure of petitioner to comply with the court's Order to pay the filing fee.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 18th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE