AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JOVAN C. YOUNG,

    Petitioner,    JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00720-LRH-WGC**

E.K. MCDANIEL, et al.,

    Respondents.


☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this habeas petition is DISMISSED WITHOUT PREJUDICE for the failure of petitioner to comply with the court's Order (Dkt. No. 5) to pay the filing fee.


  January 19, 2012                                         **LANCE S. WILSON**
                                                                                                       Clerk

                                                                                                         /s/ Katie Lynn Ogden
                                                                                                            Deputy Clerk